No. 04–6179.  WAGNER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–6180.  EBRON *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 04–6192.  RICHARDS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 04–6202.  AVILLA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6217.  ADKINS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–6223.  NAGHANI *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–6230.  TOWERS *v.* UNITED STATES ET AL.  C. A. 3d Cir. Certiorari denied.

No. 04–6235.  RETTA-HERNANDEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6238.  FLORES MOLINA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–6247.  BURNS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–6278.  WILLIAMS *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–779.  ANDRX PHARMACEUTICALS, INC. *v.* KROGER CO. ET AL.  C. A. 6th Cir.  Motions of New York Intellectual Property Law Association, Pharmaceutical Research and Manufacturers of America, Washington Legal Foundation, American Intellectual Property Law Association, and Center for the Advancement of Capitalism for leave to file briefs as *amici curiae* granted. Certiorari denied.